UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AIR LINE PILOTS ASSOCIATION,<br>INTERNATIONAL *et al.*, | : | |
| Plaintiffs, | : | |
| v. | : | Civil Action No.:   00-3113 (RMU) |
| PENSION BENEFIT GUARANTY<br>CORPORATION *et al.*, | : | Document Nos.:   11, 12, 20, 27 |
| Defendants. | : | |

### ORDER

**GRANTING THE DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT;
DENYING THE PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT**

For the reasons set forth in the court's Memorandum Opinion issued separately and contemporaneously this 29 day of March, 2002, it is

**ORDERED** that the defendants' motions for summary judgment are **GRANTED**; and it is

**FURTHER ORDERED** that the plaintiffs' cross-motion for summary judgment is **DENIED**; and it is

**ORDERED** that the plaintiffs' motion for oral argument is **DENIED**.

**SO ORDERED.**



Ricardo M. Urbina
United States District Judge



Service list in *Air Line Pilots Association, International et al. v. Pension Benefit Guaranty Corporation et al.,* Civil Action No. 00-3113 (RMU):

*Counsel for the Plaintiffs*:

Michael E. Abram
Cohen, Weiss and Simon LLP
330 West 42nd Street
New York, N.Y. 10036

---

*Counsel for Defendants Pichin Corp. and Icahn Associates Corp.*:

K. Peter Schmidt
Arnold & Porter
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206

---

*Counsel for Defendants PBGC*:

James J. Keightley
Pension Benefit Guaranty Corporation
Office of the General Counsel
1200 K Street, N.W.
Suite 340
Washington, D.C. 20005